UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

24cr131 JRT/LIB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) 18 U.S.C. § 2119(2) |
| v. | ) |
| WARREN HOLT, JR., | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Carjacking)

On June 16, 2021, in the State and District of Minnesota, the defendant,

**WARREN HOLT, JR.,**

did knowingly and unlawfully take a motor vehicle, that is, a 2018 white Ford F-150 XLT, with Minnesota plate FBS245, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of another, by force and violence and by intimidation, resulting in serious bodily injury that caused a substantial risk of death to R.H., all in violation of Title 18, United States Code, Sections 2 and 2119(2).



SCANNED
MAY 14 2024
U.S. DISTRICT COURT MPLS

*United States v. Warren Holt, Jr.*

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON

*United States v. Warren Holt, Jr.*