# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: Leo I. Brisbois | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 24-cr-131 (JRT/LIB) |
| | ) | Date: | May 24, 2024 |
| Warren Holt, Jr., | ) | Courthouse: | Duluth |
| | ) | Courtroom: | Zoom from Courtroom 3 |
| Defendant, | ) | Court Reporter: | Digital Recording |
| | | Time Commenced: | 10:27 a.m. |
| | | Time Concluded: | 10:39 a.m. |
| | | Time in Court: | 12 minutes |

APPEARANCES:

Plaintiff: Kristian C.S. Weir, Assistant U.S. Attorney
Defendant: Dan Huddleson, Assistant Federal Public Defender
X FPD to be appointed by separate Order

Date Charges Filed: 5/14/2024     Offense: 18:2 and 2119(2) CARJACKING (1)

_ Charges read into record     _ Waived Reading of Charges     X Advised of Rights

on  X Indictment

X The Court finds the Defendant eligible for the services of the Federal Defender's Office. Counsel to be appointed.

X Government moves for detention.
Motion is X granted, temporary detention ordered. Government to submit proposed Order

X Detention hearing waived
X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case.     X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Counsel for Government advised in accordance with the Due Process Protections Act, Pub. L. No. 116-182.

s/JRG
Signature of Courtroom Deputy