UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-cr-131 (JRT/LIB)

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WARREN HOLT, JR.

    Defendant.

**DEFENDANT'S NOTICE OF INTENT TO RELY UPON INSANITY DEFENSE PER 18 U.S.C. § 17**

---

Pursuant to Rule 12 of the Federal Rules of Criminal Procedure, Defendant WARREN HOLT, JR., though his undersigned counsel, hereby gives notice of his intent to rely upon the defense of Insanity at trial pursuant to 18 U.S.C. §17.

Date: <u>June 7, 2024</u>

Respectfully Submitted,

<u>/s/ Melvin R. Welch</u>
Melvin R. Welch
Attorney No. 387750
WELCH LAW FIRM, LLC
250 South Second Avenue, Suite 205
Minneapolis, MN 55401
612-741-3272
Mel@MelvinWelchLaw.com

*ATTORNEYS FOR DEFENDANT*