UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-cr-131 (JRT/LIB)

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WARREN HOLT, JR.

    Defendant.

**DEFENDANT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY ON ISSUE OF DEFENDANT'S INSANTY DEFENSE**

---

Pursuant to Rule 12 of the Federal Rules of Criminal Procedure, Defendant WARREN HOLT, JR., though his undersigned counsel, hereby gives notice of his intent to introduce testimony from a medical expert pursuant to his insanity defense on the issue of guilt.

Said testimony is expected to be provided by the mental health experts in the Minnesota state cases, 69DU-CR-21-1782 and 69DU-CR-22-472, St. Louis County.

This motion is based on the Indictment, all records and files in this matter, and any testimony at the hearing of this motion.

Date: <u>June 7, 2024</u>

Respectfully Submitted,

*/s/ Melvin R. Welch*
Melvin R. Welch
Attorney No. 387750
WELCH LAW FIRM, LLC
250 South Second Avenue, Suite 205
Minneapolis, MN 55401
612-741-3272
Mel@MelvinWelchLaw.com

*ATTORNEYS FOR DEFENDANT*