UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-cr-131 (JRT/LIB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                 **DEFENDANT'S NOTICE PURSUANT TO LOCAL RULE 12.1(c)(3)(A) AND MEET AND CONFER OF THE PARTIES**

WARREN HOLT, JR.,

    Defendant.

On June 6, 2024, counsel for Defendant WARREN HOLT, JR., and Assistant United States Attorney Kristian Weir met via telephone to discuss any motions which would be filed on behalf of Mr. Holt. Based on previous discussions between counsel and client, and the attorneys on this matter, Counsel for Mr. Holt explained he would file motions and provide notice of defense of insanity and request the Court order the release of confidential medical records held in the criminal case numbers identified in that Motion.

It is the parties intent to proceed at the motion's hearing on the issue of the confidential medical records related to previous court-ordered mental health evaluations in the Minnesota State matters.

Date: <u>June 7, 2024</u>                                Respectfully Submitted,

                                                                          <u>/s/ Melvin R. Welch</u>
                                                                          Melvin R. Welch
                                                                          Attorney No. 387750
                                                                          WELCH LAW FIRM, LLC
                                                                          250 South Second Avenue, Suite 205
                                                                          Minneapolis, MN  55401
                                                                          612-741-3272
                                                                          Mel@MelvinWelchLaw.com

*ATTORNEYS FOR DEFENDANT*