

United States District Court
Attention: Judge John R. Tunheim and Magistrate Judge Leo I. Brisbois
United States District Court
300 South Fourth Street
Minneapolis, MN  55415

Re:     U.S. v. Warren Holt, 0:24-cr-00131 (JRT-LIB)

Dear Judge Tunheim:

    This missive is being submitted following Your Honor's inquiry via Ms. Arent as to status of Mr. Holt's matter.  Mr. Holt is currently set for a trial date of September 23, 2024 at 9:00 AM.  The only issue for Mr. Holt, which is still working its way through the pretrial process, is Magistrate Judge Brisbois Order as to Psychiatric Examination (docket # 35).

    AUSA Kristian Weir and I spoke yesterday morning (9.3.2024) regarding the status of the matter, and how we would allocate duties to follow up on the matter.  Mr. Weir is checking with the medical side of the order to see how progress is advancing therein, and I am following up with the Court vis-à-vis this letter submission. We both agree that whilst the psychiatric evaluation is pending, the matter is not ripe for trial.  I will confirm with my client that this remains the case and will confirm with the court vis-à-vis an updated waiver of speedy upon receiving that confirmation.

    Respectfully submitted,

    */s/ Melvin R. Welch*
    Melvin R. Welch (0387750)

cc     Kristian Weir, AUSA