

United States District Court
Attention: Magistrate Judge Leo I. Brisbois
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re: U.S. v. Warren Holt, 0:24-cr-00131 (JRT-LIB)
    No Motions for Pretrial

Dear Magistrate Judge Brisbois:

This missive is being submitted pursuant to the Court Order that if there are no pretrial motions, such information should be relayed no later than September 5, 2024. Accordingly, counsel submits this missive informing the Court of such.

Respectfully submitted,

*/s/ Melvin R. Welch*
Melvin R. Welch (0387750)

cc    Kristian Weir, AUSA