

United States District Court
Attention: Magistrate Judge Leo I. Brisbois
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re: U.S. v. Warren Holt, 0:24-cr-00131 (JRT-LIB)
 Withdrawal of Document

Dear Magistrate Judge Brisbois:

 PLEASE TAKE NOTICE, that on/about September 5, 2024, counsel for Defendant WARREN HOLT, JR., filed a Correspondence Informing the Court of No Pretrial Motions. Counsel mistakenly filed that correspondence due to a calendar reminder and not having any other motions to raise at that time.

 Defendant hereby withdraws the aforementioned Correspondence (docket no. 38).

Respectfully submitted,

*/s/ Melvin R. Welch*
Melvin R. Welch (0387750)

cc Kristian Weir, AUSA