

**U.S. Department of Justice**

United States Attorney
District of Minnesota

---

| | |
|---|---|
| *404 United States Courthouse* | *Telephone: (651) 848-1950* |
| *316 North Robert Street* | *Fax: (651) 848-1943* |
| *St. Paul, MN 55101* | |

February 10, 2025

The Honorable Leo I. Brisbois
United States Magistrate Judge
515 W. First Street
Duluth, MN 55802

    Re:    <u>United States v. Warren Holt</u>
           Crim. No. 24-131 (JRT/LIB)

Good day Your Honor:

    I write regarding the matter of *United States v. Holt.*, Criminal No. 24-131 (JRT/LIB). On February 3, your chambers contacted the parties requesting a status update on this case. The parties have conferred and agree that the following is an accurate status:

    Mr. Holt has been transported to the Metropolitan Correctional Center in Chicago, IL for psychiatric evaluation pursuant to the Court's order. The evaluator, Dr. Kaitlyn Nelson, contacted the parties and indicated that she would be filing a letter requesting an extension of the Court's timelines. She has indicated that this letter was mailed on January 31, 2025.

    Accordingly, the parties jointly ask that the Court grant any necessary extensions to allow for Mr. Holt's evaluation.

Respectfully,

    LISA D. KIRKPATRICK
    Acting United States Attorney

    *s/ Kristian Weir*

    BY: KRISTIAN WEIR
    Assistant U.S. Attorney