UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-cr-131 (JRT/LIB)

United States of America,

    Plaintiff,

v.

Warren Holt, Jr.,

    Defendant.

**ORDER**

On February 10, 2025, the undersigned received a Letter [Docket. No. 43] requesting an extension of time to complete the examination pursuant to 18 U.S.C. § 4242 in the above matter.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Request for an extension to complete the examination pursuant to 18 U.S.C. § 4242 [Docket No. 43] is **GRANTED**;

2. The examination pursuant to 18 U.S.C. § 4242 shall be completed by April 2, 2025; and

3. The report of Defendant's examination pursuant to 18 U.S.C. § 4242 by the psychology staff at the Metropolitan Correctional Center shall be filed with the Court, with copies provided to the Assistant United States Attorney and to Defense counsel pursuant to 18 U.S.C. § 4242, by April 23, 2025.

Dated: February 11, 2025

                                                        s/Leo I. Brisbois
                                                        Hon. Leo I. Brisbois
                                                        U.S. MAGISTRATE JUDGE