UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-cr-131 (JRT/LIB)

United States of America,

    Plaintiff,

v.                                  **ORDER**

Warren Holt, Jr.,

    Defendant.

On September 12, 2024, the undersigned issued an Order continuing the motions hearing for the above named defendant until his mental health examination was filed [Docket. No. 40]. The mental health examination was filed on CM/ECF on May 5, 2025 [Docket No. 45].

Accordingly, and in consultation with counsel for the Government and the Defendant, **IT IS HEREBY ORDERED** that the Motions Hearing is scheduled before United States Magistrate Judge Leo I. Brisbois on July 23, 2025, at 1:30 p.m., in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse, 515 West First St., Duluth, Minnesota.

Dated: May 14, 2025                                              s/Leo I. Brisbois
                                                                          Hon. Leo I. Brisbois
                                                                             U.S. MAGISTRATE JUDGE