

U.S. Department of Justice

United States Attorney
District of Minnesota

*600 United States Courthouse*   Telephone: *(612) 664-5600*
*300 South Fourth Street*   Fax: *(612) 664-5787*
*Minneapolis, MN  55415*

July 21, 2025

The Honorable Leo I. Brisbois
U.S. District Judge, District of Minnesota
Gerald W. Heaney Federal Building
515 West 1st Street
Duluth, MN 55802

    Re:    <u>United States v. Warren Holt, Jr.</u>
             Criminal No. 25-131 (JRT/LIB)

Dear Judge Brisbois:

    The parties have conferred and, given the non-dispositive nature of the motions filed in this case, we believe a motions hearing is not necessary. We respectfully request that the Court rely on the filings in order to rule on the motions before the Court and strike the motions hearing set for July 23 in this matter.

    Respectfully,

    JOSEPH H. THOMPSON
    Acting United States Attorney


    BY: KRISTIAN WEIR
    Assistant U.S. Attorney

cc:    Melvin Welch, Esq., counsel for defendant.