# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 24-131 (JRT/LIB) |
| WARREN HOLT, JR., Defendant. | Date: November 7, 2025 |
| | Court Reporter: Lori Simpson |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 11:18 a.m. |
| | Time Concluded: 11:57 a.m. |
| | Time in Court: 39 Minutes |

Before Judge John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Kristian C.S. Weir, Assistant U.S. Attorney
    For Defendant:    Melvin R. Welch, CJA

PROCEEDINGS:
    X  **Change of Plea Hearing.**

    X  PLEA:
        X  Guilty as to Count(s): 1 of the indictment

    X  Presentence Investigation and Report requested.
    X  Sentencing is scheduled for March 12, 2026 at 10:00 a.m. in courtroom 14E.

                                                            s/Karen Moldenhauer
                                                           Karen Moldenhauer, Judicial Assistant
                                                           For Judge John R. Tunheim