

U.S. District Court                                                      February 25, 2026
Attention: Judge John R. Tunheim
300 South Fourth Street
Suite 15
Minneapolis, MN 55415

Re:      U.S. v. Holt, 24CR00131 (JRT)
          Sentencing Hearing conflict

Dear Judge Tunheim:

     I have begun trial in Anoka county today (02-cr-24-6558), which is expected to last through Thursday noon at the earliest – more likely until Thursday p.m. Anticipating said conflict, I contacted Mr. Kristian Weir at the DOJ regarding rescheduling. He has contacted the victim's family regarding the continuance as well as scheduling the sentencing hearing in Duluth, where it occurred and where it would be more capable of having the victim attend the sentencing hearing. The defense does not object to having the sentencing hearing in Duluth.

     We are jointly requesting the Court strike the sentencing hearing currently scheduled for Thursday, March 12 at 10:00 a.m. and reschedule it to be heard in Duluth at a time to be determined through discussions of the Court's calendar with the parties.

                                                                          Respectfully,

                                                                      *s/ Melvin R. Welch*
                                                                      Melvin R. Welch (0387750)

cc       Kristian Weir, AUSA, DOJ